Mónica Balderrama (SBN 196424)
MBalderrama@InitiativeLegal.com
David Cheng (SBN 240926)
DCheng@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiff Jack Clark

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JACK CLARK, an individual, | CASE NO. CV09-2839-GW (FMOx) |
| Plaintiff, | |
| vs. | **ORDER DISMISSING THE ENTIRE ACTION** |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1  WHEREAS, a Joint Stipulation of Dismissal of Entire Action was submitted by Plaintiff Jack Clark and Defendant Sprint/United Management Company,

3  WHEREAS, the parties have resolved their claims in this action;

4  Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as otherwise allocated in the parties' settlement agreement.

9  IT IS SO ORDERED

Dated: May 11, 2010

*George H. Wu*

Hon. George H. Wu
Judge of the U.S. District Court

---

1

ORDER DISMISSING THE ENTIRE ACTION